IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICARDO JERMAINE LANG )
)
v. ) No. 3:13-0368
)
CAROLYN W. COLVIN, )
    Acting Commissioner of )
    Social Security )

O R D E R

The defendant's motion for leave to file a sur-reply (Docket Entry No. 22) is GRANTED.

The Clerk is directed to file and docket the defendant's sur-reply (Docket Entry No. 22-1).

    It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge